IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-599-BO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VARIOUS AMOUNTS OF U.S. CURRENCY
TOTALING $472,479.00 SEIZED FROM THE
FOLLOWING LOCATIONS WITHIN BIG
BOYS, INC., KENLY, NORTH CAROLINA, *et al.*

**ORDER**

This matter is before the Court on Claimants "Motion to Seal Exhibit 21 to Claim, Answer, Defenses and Counterclaim."

FOR GOOD CAUSE SHOWN, Claimants' Motion is ALLOWED. Exhibit 21 (letter from Hal B. Woodall, M.D., Claimant Walter Lee Powell, Sr.'s treating physician), filed at D.E. 8, shall be sealed.

SO ORDERED.

This the 27 day of February, 2015.

*Terence Boyle*