IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-599-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VARIOUS AMOUNTS OF U.S. CURRENCY )<br>TOTALING $472,479.00 SEIZED FROM )<br>THE FOLLOWING LOCATIONS WITHIN )<br>BIG BOYS, INC., KENLY, )<br>NORTH CAROLINA: (1) $435,524.00 IN )<br>THE SAFE, (2) $8,637.00 IN THE CASH )<br>REGISTER(S), (3) $5,905.00 FOUND IN )<br>THE OFFICE, (4) $5,582.00 FOUND IN )<br>CASH BOX FOR VGM, (5) $6,497.00 )<br>FOUND IN CIGAR BOX IN BACK OFFICE, )<br>(6) $2,274.00 FOUND IN LOAN DRAWER, )<br>AND (7) $716.00 FOUND INSIDE THE )<br>BUSINESS, )<br>)<br>Defendants. ) | **ORDER ALLOWING MOTION TO SEAL MOTION TO STAY CIVIL DISCOVERY AND ITS SUPPORTING MEMORANDUM OF LAW** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the United States' Motion to Stay Civil Discovery and its supporting memorandum of law, filed herein, be sealed until further order of this Court. However, with the

1

exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimant upon request.

SO ORDERED.

This __3__ day of ~~March~~ April, 2015.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge